IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:19-cv-00162-D

| | | |
|---|---|---|
| LARRY SQUIRES,<br>　　　　Plaintiff | ) ) ) ) | |
| v. | ) ) | ORDER OF CONSOLIDATION |
| RICHARD V. SPENCER, Secretary of<br>the Navy,<br>　　　　Defendant. | ) ) ) ) ) | |

This matter comes before the Court on Defendant's motion to consolidate this case with another action pending before this Court, <u>Larry Squires v. Merit Systems Protection Board, et al.</u>, Case No. 4:19-CV-005-D, into one civil action.

For good cause shown, Defendant's' motion to consolidate is GRANTED and it is hereby ORDERED that this matter be consolidated into <u>Larry Squires v. Merit Systems Protection Board, et al.</u>, Case No. 4:19-CV-005-D, for any further proceeding.

SO ORDERED. This ___1___ day of ~~February~~ March, 2022.

　　　　　　　　　　　　　　　　_____Dever_____
　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　United States District Judge